*11*

```
United States District Court
 Southern District of Texas
         ENTERED
      JUL 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk
```

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
P. O. DRAWER 31
500 E. 10TH ST., SUITE 234
BROWNSVILLE, TEXAS 78522

```
United States District Court
 Southern District of Texas
          FILED
      JUL 16 1998
Michael N. Milby, Clerk of Court
```

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

July 16, 1998

PHONE (956) 548-2570

Mr. James Herrmann
P. O. Box 2541
Harlingen, TX 78551-2541

Mr. Leo Figueroa
Mr. Richard Garza
112 East Pecan, Suite 2100
San Antonio, TX 78205

        Re:    C.A. No. B-97-272
                  Gabriel H. Guzman vs.
                  Commercial Credit Corp.

Counselors:

    I have read the provisions of 29 U.S.C. § 626(f) concerning waiver of rights under ADEA. I would be grateful if both of you would advise by fax on or before July 20, 1998, what your views are with respect to the effect of that statute on the Defendant's Motion to Compel Arbitration.

                              Very truly yours,

                              John Wm. Black
                              United States Magistrate Judge

JWB:pt