/2

United States District Court
Southern District of Texas
ENTERED

SEP 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GABRIEL H. GUZMAN | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-97-272 |
| | § | |
| COMMERCIAL CREDIT CORP. | § | |

## ORDER DENYING MOTION TO COMPEL ARBITRATION

Defendant having filed a motion to compel arbitration in the above civil action and the plaintiff having filed an opposition thereto and the Court having reviewed the argument and authorities of counsel is of the opinion that the defendant's motion should be in all things DENIED.

It is hereby ordered that the defendant's motion to compel arbitration is hereby DENIED.

SIGNED this 2ND day of SEPTEMBER, 1998 in Brownsville, Texas.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE