15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 09 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GABRIEL H. GUZMAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-272 |
| | § | |
| COMMERCIAL CREDIT CORP. | § | |

### FIRST AMENDED SCHEDULING ORDER

On this day, the parties' Unopposed Motion for Extension of Scheduling Order Deadlines for an additional 120 days was brought before this Court. After having considered said Motion, the Court is of the opinion it should be granted.

IT IS THEREFORE ORDERED THAT:

(1) All discovery in this case must be completed by **January 21, 1999**. If additional time is required, a motion requesting such extension must be filed no later than **January 7, 1999**. Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B, Local Rules for the United States District Court for the Southern District of Texas, shall be filed no later than **February 18, 1999**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **February 18, 1999, at 1:30 p.m.**

(5) Final Pretrial is set for **March 4, 1999, at 8:30 a.m.** before Judge Hilda G. Tagle. Jury selection is set for **March 5, 1999, at 8:30 a.m.** before Judge Hilda G. Tagle.

(6) Trial on the merits is set for **March, 1999**, docket call.

SIGNED at Brownsville, Texas, on this 7TH day of OCT, 1998.

_____
John Wm. Black
United States Magistrate Judge

1792643.1