16

United States District Court
Southern District of Texas
ENTERED

NOV 18 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Gabriel H. Guzman             §
                              §
versus                        §  C.A. B-97-272
                              §
                              §
Commercial Credit, Corp.

## ORDER

1. As previously ordered, a settlement conference is set February 18, 1999, at 1:30 P.M., and the joint pretrial order is due February 18, 1999.

2. The pretrial conference and jury selection set before Judge Hilda G. Tagle are canceled. They will be reset after the settlement conference.

Signed on  17 Nov  , 1998, at Brownsville, Texas.

John Wm. Black
United States Magistrate Judge