IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 0 4 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GABRIEL H. GUZMAN § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-272 |
| § | |
| COMMERCIAL CREDIT CORP. § | |

### AMENDED SCHEDULING ORDER

On this day, the parties' Joint Motion for Extension of Scheduling Order Deadlines was brought before this Court. After considering said Motion, the Court is of the opinion it should be granted.

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **April 1, 1999.** If additional time is required, a motion requesting such extension must be filed no later than **March 25, 1999.** Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **April 29, 1999.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **April 29, 1999 at 1:30 P.M.**

(5) Final Pretrial is set for **April 29, 1999 at 1:30 P.M.** before Judge Hilda G. Tagle. Jury selection is set for **May 3, 1999 at 9:00 A.M.** before Judge Hilda G. Tagle.

(6) Trial on the merits is set for **May 1999**, docket call.

DONE at Brownsville, Texas, on this 3rd day of February, 1999.

_____
John Wm. Black
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 04 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GABRIEL H. GUZMAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-272 |
| | § | |
| COMMERCIAL CREDIT CORP. | § | |

## AMENDED SCHEDULING ORDER

On this day, the parties' Joint Motion for Extension of Scheduling Order Deadlines was brought before this Court. After considering said Motion, the Court is of the opinion it should be granted.

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **April 1, 1999**. If additional time is required, a motion requesting such extension must be filed no later than **March 25, 1999**. Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **April 29, 1999**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **April 29, 1999 at 1:30 P.M.**

(5) Final Pretrial is set for **April 29, 1999 at 1:30 P.M.** before Judge Hilda G. Tagle. Jury selection is set for **May 3, 1999 at 9:00 A.M.** before Judge Hilda G. Tagle.

(6) Trial on the merits is set for **May 1999**, docket call.

DONE at Brownsville, Texas, on this 3rd day of February, 1999.

John Wm. Black
United States Magistrate Judge