UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
**ENTERED**

**FEB 1 8 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GABRIEL H. GUZMAN | § |
| | § |
| *versus* | § CIVIL ACTION B-98-272  B-97-272 |
| | § |
| COMMERCIAL CREDIT, CORP. | § |

## Order Resetting Conference

The pretrial conference set April 29, 1999 has been reset to:

April 26, 1999,

at 1:30 p.m.

Signed on February 18, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*o.*
*updateddl.*