\# 20

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Guzman

*versus*

Commercial Credit

§
§
§
§
§
§
§

Civil Action B- 97-272

United States District Court
Southern District of Texas
ENTERED

FEB 26 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## Scheduling Order

1. Motion hearing: _____4-22-99_____, 1999, 1:30 p.m. (9:00 a.m. struck through)

2. Docket call and final pretrial conference: _____5-3-99_____, 1999, 1:30 p.m.
   Proposed voir dire questions and jury instructions, IN DUPLICATE, are due at docket call

3. Jury selection: _____5-4-99_____, 1999, 9:00 a.m.

Direct questions about this schedule to Letty Garza, Case Manager, United States District Clerk, Post Office Box 2299, Brownsville, Texas 78522, telephone (956) 548-2628.

Signed on _February 25th_, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge