22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 12 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GABRIEL H. GUZMAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-272 |
| | § | |
| COMMERCIAL CREDIT CORP. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO
## EXTEND DEADLINES AND TRIAL SETTING

On this day came to be considered the Unopposed Motion to Extend Deadlines and Trial Setting filed by Defendant, Commercial Credit Corporation. The Court having considered the Motion and the reasons stated therein, finds that the request for continuance is well taken and should be in all things GRANTED.

IT IS THEREFORE ORDERED that:

1. Deadline for filing all Motions is _____.

2. The joint pretrial Order, which conforms to this Court's requirements shall be filed no later than  5-19-99 .

3. The ~~final pretrial and settlement conference~~ Motion Hearing is set for  5-25-99  at 1:30 p.m. __.m.

4. Final Pretrial is set for  6-3-99  at 1:30 p.m. before Judge Hilda G. Tagle.

   Jury Selection is set for  6-7-99  at 8:30 a.m. before Judge Hilda G. Tagle.

5. Trial on the merits is set for _____ at __:__ .m., docket call.

SIGNED AND ORDERED this the  12  day of April, 1999.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

2225299.1: Page 1