24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 21 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GABRIEL H. GUZMAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-272 |
| | § | |
| COMMERCIAL CREDIT CORP. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO
## EXTEND THE FILING OF ALL MOTIONS

On this day came to be considered the Motion to Extend Time of Filing of All Motions filed by Defendant, Commercial Credit Corporation. The Court having considered the Motion and the reasons stated therein, finds that the request for continuance is well taken and should be in all things GRANTED.

IT IS THEREFORE ORDERED that:

1. Deadline for filing all Motions is April 30, 1999.

SIGNED AND ORDERED this the 21 day of April, 1999.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE