28

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| GABRIEL H. GUZMAN | § |  |
|---|---|---|
|  | § |  |
| VS. | § | CIVIL ACTION NO. B-97-272 |
|  | § |  |
| COMMERCIAL CREDIT CORP. | § |  |

### ORDER OF DISMISSAL WITH PREJUDICE

On the 2 day of June, 1999, Plaintiff's Stipulation of Dismissal filed in this case, was heard by this Court. After reviewing the motion, the Court finds that such motion has merit and that it should be GRANTED.

It is therefore, ORDERED, ADJUDGED, and DECREED that this case is DISMISSED with prejudice to the right of Plaintiff to ever maintain the cause of action asserted in this case. Costs are to be taxed against the party incurring the same.

SIGNED this 2 day of June, 1999.

_____
JUDGE PRESIDING

APPROVED:

JAMES A. HERRMANN
1205 E. Tyler Avenue
Harlingen, Texas 78551

By: _James A. Herrmann_
    James A. Herrmann
    State Bar No. 09541500

ATTORNEY FOR PLAINTIFF,
GABRIEL H. GUZMAN

Page 3